IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-93-177-CR




ROBERT T. SVIENTY,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT



NO. 91-237, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING


 




PER CURIAM


 This is an appeal from a judgment of conviction for delivery of a controlled
substance, namely: cocaine. Punishment was assessed at confinement for 10 years and a $20,000
fine, probated.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).



Before Justices Powers, Jones and Kidd

Appeal Dismissed on Appellant's Motion

Filed: January 12, 1994

Do Not Publish